IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION


CHRISTINA SUE CULLUM                                                              PLAINTIFF

V.                              CASE NO. 1:11CV00104 JTK

CAROLYN W. COLVIN[1], Acting Commissioner,
Social Security Administration                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS

CONSIDERED, ORDERED and ADJUDGED that the final determination of the

Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 5th day of February, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Substituted pursuant to Fed. R. Civ. P. 25.